UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DORIS A. HYNDMAN,<br><br>                 Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                 Defendant. | CASE NO.    C07-5559KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

DATED this 12th day of October, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1