# United States District Court

WESTERN DISTRICT OF WASHINGTON

DORIS A. HYNDMAN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5559RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $8,756.25, pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,799.49 that previously were awarded, and an additional reduction of $2,200.00 leaving a net fee of $2,756.76. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $2,756.76, minus any applicable processing fees as allowed by statute.

| October 14, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk